1  Debra Healy Deem (Cal. Bar No. 89183)
   Brandon Q. Tran (Cal. Bar No.: 223435)
2  **BUCHALTER NEMER**
   A Professional Corporation                    *E-FILED 4/10/06*
3  18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
4  Telephone: (949) 760-1121
   Facsimile: (949) 720-0182
5  E-mail: btran@buchalter.com

6  Attorneys for Plaintiff DIRECTV, INC.

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

11  DIRECTV, INC., a California corporation,   Case No. CV-03-4876 RS

12           Plaintiff,                        Hon. Richard Seeborg

13     vs.                                     **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT KARL HAGEMANN; [PROPOSED] ORDER THEREON**

14  KARL HAGEMANN, et al.,

15           Defendants.

16

17         Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")

18  hereby respectfully requests that the Court enter an Order dismissing the above-captioned action

19  with prejudice as to Defendant Karl Hagemann ("Defendant").  This request is made on the

20  grounds that Defendant and DIRECTV have entered into an agreement settling this matter.

21  Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action

22  against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action

23  to date.

24         Although on January 13, 2005 this Court dismissed without prejudice DIRECTV's

25  claims against Defendant, DIRECTV is obligated under the terms of the settlement agreement to

26  take all reasonable steps to obtain a dismissal of this action with prejudice against Defendant,

27  each party to bear its/his own costs and attorneys' fees.  DIRECTV files this Request in

28  fulfillment of that obligation.

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT KARL HAGEMANN;
[PROPOSED] ORDER THEREON**

1    Defendant answered the Complaint on or about February 4, 2004.  DIRECTV,

2  therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court

3  order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an

4  order dismissing Defendant with prejudice.

5  DATED: April 5, 2006                    Respectfully Submitted,

6                                          BUCHALTER NEMER
                                           A Professional Corporation
7

8
                                           By:_____/s/ Brandon Q. Tran_____
9                                                    Brandon Q. Tran
                                           Attorneys for Plaintiff DIRECTV, Inc.
10

11

12                                      **ORDER**

13    Having read the foregoing Request for Voluntary Dismissal of Defendant

14  Karl Hagemann filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed

15  appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as

16  follows:

17    1.    This action is hereby dismissed with prejudice as against Defendant

18  Karl Hagemann; and

19    2.    Each party shall bear its/his own attorneys' fees and costs incurred in this action to

20  date.

21  DATED:   April 10, 2006

22                                          _____
23                                          Honorable Richard Seeborg
                                           United States District Court
24                                         Northern District of California

25

26

27

28

BN 818772v1                             2                        (CV-03-4876 RS)

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT KARL HAGEMANN;
[PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.